OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/16/2015
PRUNEDA, EDUARDO JR     Tr. Ct. No. 2009CR2071W-W1          WR-83,836-02
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



EDUARDO JR PRUNEDA
BEXAR COUNTY ADULT - TDC # 1559627
200 N. COMAL
SAN ANTONIO, TX 78207

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY